An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MONROE JONES,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
JANET J. BERRY, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66623

**FILED**

OCT 03 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a pretrial evidentiary decision by the respondent district court. Because petitioner can challenge the district court's decision on appeal in the event that he is convicted, NRS 177.015(3); NRS 177.045, he has a plain, speedy, and adequate remedy at law and, therefore, this court's intervention by way of an extraordinary writ is not warranted, NRS 34.170. Petitioner has not pointed to any circumstances that reveal urgency or strong necessity for this court to intervene even though there is an alternative remedy available. *Cf. Salaiscooper v. Eighth Judicial Dist. Court,* 117 Nev. 892, 901-02, 34 P.3d 509, 515-16 (2001) (concluding that review through writ petition was warranted even though there was an alternative remedy where there were 56 similar cases with the same issues pending in

SUPREME COURT
OF
NEVADA

(O) 1947A

14-33023

lower courts and petition presented issue of great statewide importance). We therefore

ORDER the petition DENIED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

cc:     Hon. Janet J. Berry, District Judge
        Washoe County Public Defender
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk

_____

[1]Given this resolution of the petition, the motion to stay the district court proceedings is denied as moot.